*Mr. Lester Loble* and *Mr. Harry Meyer,* for Relator.

---

No. 4,783.—STATE EX REL. JOHN G. BROWN, RESPONDENT, *v.* GEORGE P. PORTER, STATE AUDITOR, APPELLANT.

*Appeal from District Court of Lewis and Clark County; Wm. H. Poorman, Judge.*

Decided April 19, 1922.

PER CURIAM.—Pursuant to motion of appellant, the appeal in the above-entitled cause is dismissed as settled.

*Mr. Wellington D. Rankin,* Attorney General, and *Mr. L. A. Foot,* Assistant Attorney General, for Appellant.

*Mr. John G. Brown, pro se.*

---

Nos. 4,250 and 4,251.—E. L. CHAPMAN, RESPONDENT, *v.* CHARLES S. WARREN ET AL., APPELLANTS.

*Appeals from District Court of Silver Bow County; John B. McClernan, Judge.*

Decided April 20, 1922.

PER CURIAM.—Pursuant to stipulation of the parties, the appeals in the above-entitled causes are dismissed as settled, each party to pay his own costs.

*Mr. J. A. Poore,* for Appellants.

*Mr. James E. Murray,* for Respondent.